# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| MICHAEL SHAMOON, | CV 25-158-M-WWM |
| Plaintiff, | |
| vs. | ORDER TO DISMISS WITH PREJUDICE |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 11), and for good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, each of the parties bearing their own attorneys' fees and costs.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE